Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

Criminal Division

2020 DEC -3 PM 1: 19

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA FLORIDA

UNITED STATES OF AMERICA

Case No. 8:20 cv 2871 T 36 AEP
INDICTMENT

*(to be filled in by the Clerk's Office)*

_____
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

GOVERNOR OF NEW YORK
ANDREW CUOMO et al

_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Jury Trial: *(check one)* ☐ Yes  ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | MOMMY'S ME TIME |
| Address | 2915 VERMONT AVE |
| | LAKELAND, FL 33803 |
| | *City / State / Zip Code* |
| County | POLK |
| Telephone Number | 8636147484 |
| E-Mail Address | MOMMYSMETIME6421@GMAIL.COM |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | ANDREW CUOMO |
| Job or Title *(if known)* | GOVERNOR |
| Address | NYS State Capitol Building |
| | ALBANY, NY 12224 |
| | *City / State / Zip Code* |
| County | ALBANY |
| Telephone Number | 1-518-474-8390 |
| E-Mail Address *(if known)* | |

☐ Individual capacity   ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Bill de Blasio |
| Job or Title *(if known)* | MAYOR |
| Address | City Hall |
| | New York, NY |
| | *City / State / Zip Code* |
| County | NEW YORK |
| Telephone Number | 212-NEW-YORK |
| E-Mail Address *(if known)* | |

☐ Individual capacity   ☑ Official capacity

Defendant No. 3
- Name: GAVIN NEWSOM
- Job or Title (if known): GOVERNOR OF CALIFORNIA
- Address: 1303 10TH STREET SUITE 1173
- City: SACRAMENTO
- State: CA
- Zip Code: 95814
- County:
- Telephone Number: (916)-445-2841
- E-Mail Address (if known):

[ ] Individual capacity   [✔] Official capacity

Defendant No. 4
- Name: GRETCHEN WHITMORE
- Job or Title (if known): GOVERNOR OF MICHIGAN
- Address: PO BOX 30013
- City: LANSING
- State: MI
- Zip Code: 48909
- County:
- Telephone Number:
- E-Mail Address (if known):

[ ] Individual capacity   [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[✔] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
25 CFR § 11.448 - Abuse of office.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Defendant No. ~~3~~ 5
- Name: JAY INSLEE
- Job or Title (if known): GOVERNOR OF WASHINGTON
- Address: PO BOX 4002
- City: OLYMPIA
- State: WA
- Zip Code: 98504
- County:
- Telephone Number: (360)-902-4111
- E-Mail Address (if known):

☐ Individual capacity  ☑ Official capacity

Defendant No. ~~4~~ 6
- Name: TONY EVERS
- Job or Title (if known): GOVERNOR OF WISCONSIN
- Address: 115 EAST STATE CAPITOL
- City: MADISON
- State: WI
- Zip Code: 53702
- County:
- Telephone Number: (608)-266-1212
- E-Mail Address (if known):

☐ Individual capacity  ☑ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials? 25 CFR § 11.448 - Abuse of office.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Defendant No. 1 ~~1~~ 7

Name: TOM WOLF
Job or Title (if known): GOVERNOR OF PENNSYLVANIA
Address: 508 MAIN CAPTOL BLDG RM 240 REGIONAL OFFICE
City: HARRISBURG   State: PA   Zip Code: 17120
County:
Telephone Number: (717)-787-0195
E-Mail Address (if known): GOVCORRESPCRM@PA.GOV

☐ Individual capacity   ☑ Official capacity

Defendant No. 4
Name:
Job or Title (if known):
Address:
City:   State: WI   Zip Code:
County:
Telephone Number:
E-Mail Address (if known):

☐ Individual capacity   ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
25 CFR § 11.448 - Abuse of office.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Page 3 of 6

LAW ENFORCEMENT OFFICERS ARE BEING COERCED AND FORCED TO ENFORCE UNCONSTITUTIONAL ORDINANCES BY WASTE OF RESOURCES AND EXTORTION WHILE THEY EXPLOIT THE FACTS OF COVID AND USE THEM TO PUSH LEGITIMACY LIES.

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.
THESE OFFICIALS HAVE EXPLOITED THE FEAR OF COVID-19 TO ABRIDGE THE MOST BASIC CIVIL RIGHTS TO ALL SEVERAL UNITED STATES CITIZENS. COLOR ZONING THEM ACCORDING TO POSITIVE CASES IS NOTHING MORE THAN A METHOD OF UNCONSTITUTIONAL ABUSE OF OFFICE AND POWER THIS CAN NO LONGER BE TOLERATED.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?
IN THE EXECUTIVE OFFICE OF THE GOVERNOR WHERE THEY MADE THE CALL THAT THE SCHOOLS IN NEW YORK WOULD BE SHUT DOWN AGAIN AGAINST THE CDC SUGGESTION OF A DANGER ZONE BEING ONLY 5% AND ANY OTHER STATE ORDINANCES THAT HAVE DEPRIVED MILLIONS OF CITIZENS FROM THE RIGHT TO PURSUE HAPPINESS LIBERTY AND MAINTAIN PROPERTY SUCH AS BUSINESSES

B. What date and approximate time did the events giving rise to your claim(s) occur?
11/19/2020 WHEN PUBLIC SERVICE NOTICE WAS GIVEN THAT SCHOOLS WOULD BE CLOSED AMIDST A RISE IN VIRUS CASES IN A TIME OF YEAR WHERE THAT INCREASE IN FLU LIKE VIRUSES IS QUITE NORMAL. ALL STARTING DATES OF COVID ORDINANCES

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
TRYING TO CONTROL WHAT PEOPLE DO INSIDE THEIR HOMES THROUGH THE EXPLOITATION OF FEAR IS BEYOND UNCONSTITUTIONAL. THE CITIZENS OF THIS STATE HAVE BEEN CONDITIONED TO OBEY TO FEAR OF A VIRUS THAT IF HANDLED CORRECTLY COULD HAVE A VERY POSITIVE RECOVERY RATE. THESE MANDATES AND ORDINANCES ARE DOING NOTHING TO HELP THE VIRUS AND EVERYTHING TO OBLITERATE FREEDOMS. THESE ACTIONS ARE DAMAGING THE EDUCATION TO CHILDREN OF NEW YORK AND EDUCATION IS FUNDAMENTAL RIGHT. THIS IS AN ABUSE AND WASTE OF TAX DOLLARS AND THIS NEEDS TO STOP. THE ACTING PRESIDENT HAS A SOLUTION IN MOTION SO THERE IS NO NEED TO TREAT PEOPLE IN THE MANNER THAT YOU ARE. THEY HAVE THE RIGHT TO SELF DETERMINATION AS WELL AS SELF RESPOSIBILITY.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I HAVE LOST COMPLETE CONFIDENCE IN THE PUBLIC TRUST. MY FAMILY IS LOSING THEIR RIGHT TO EDUCATION. ALL OF THE BASIC HUMAN RIGHTS ARE BEING RIPPED AWAY FROM THESE CITIZENS INFLICTING DAMAGES OF LOSS OF INCOME, PURSUITS OF HAPPINESS, ENJOYMENT OF LIFE, FREEDOM LIBERTY AND MORE.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I WOULD LIKE THE COURT TO MANDATE THAT GOVERNOR CUOMO RESIGN FROM HIS OFFICIAL POSITION AS WELL AS ALL GUILTY OFFICIALS OF ABUSING OFFICE AND PAY A RESTITUTION TO THE PEOPLE OF ALL AFFECTED AREAS IN THE AMOUNT OF $2,000,00.00 GIVEN TO THE UNEMPLOYMENT ASSISTANCE PROGRAM OF THE ALL OF THE STATES AFFECTED AS WELL AS 2,000,000 TO THE STATE OF FLORIDA FOR HAVING TO BARE THE EMOTIONAL DISTRESS OF WORRY FOR THEIR FAMILY MEMBERS THAT THEY HAVE LIVING IN ANY OF THESE STATES. THEIR ACTIONS DO NOT JUST AFFECT THEIR OWN CITIZENS AS WE ARE THE UNITED STATES OF AMERICA AND WE SHOULD BE ACTING AS SO. THESE METHODS OF EXECUTION TO ENSURE SAFETY ARE NO LONGER SAFE AND THEY NO LONGER HAVE THE PUBLIC INTEREST AS A PRIORITY OVER POWER GREED AND CORRUPTION.

Case 8:20-cv-02871-CEH-AEP   Document 1   Filed 12/03/20   Page 8 of 8 PageID 8

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/19/2020

Signature of Plaintiff: *Bianca Velez*

Printed Name of Plaintiff: BIANCA VELEZ FLORIDA NOTARY

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
City _____ State _____ Zip Code _____
Telephone Number: _____
E-mail Address: _____